UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MARENTES, et al.,<br><br>                Plaintiffs,<br><br>    vs.<br><br>KEY ENERGY SERVICES CALIFORNIA, INC.,<br><br>                Defendants. | Case No. 1:13-CV-02067-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND**<br><br>(Doc. 12) |

    Having considered the parties Stipulation to Continue Hearing Date on Plaintiff's Motion to Remand, and good cause appearing therefore, IT IS ORDERED that the hearing in connection therewith is continued from February 10, 2014 at 9:30 a.m. to February 12, 2014 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **February 5, 2014**             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE