V. Andre Sherman (SBN 198684)
  *asherman@girardikeese.com*
**GIRARDI & KEESE**
1127 Wilshire Boulevard
Los Angeles, California 91203
Tel: (213) 977-0211
Fax: (213) 481-1554

Douglas Han (SBN 232858)
  *dhan@justicelawcorp.com*
**JUSTICE LAW CORPORATION**
411 N. Central Avenue, Suite 500
Glendale, California 91203
Tel:  (818) 230-7502
Fax: (818) 230-7259

Edwin Aiwazian (SBN 232943)
  *edwin@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel:  (818) 265-1020
Fax: (818) 265-1021

Attorneys for Plaintiff Rene Marentes

BUCHALTER
A Professional Corporation
KALLEY R. AMAN (SBN: 217337)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email:  kaman@buchalter.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE MARENTES, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>KEY ENERGY SERVICES CALIFORNIA, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 1:13-cv-02067 AWI JLT<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE DUE TO THE STIPULATION OF COUNSEL**<br>**(Doc. 43)** |

**TO THE HONORABLE COURT:**

Plaintiff Rene Marentes ("Plaintiff") and Defendant Key Energy Services of California, Inc. ("Defendant"), by and through their respective counsel of record named herein, hereby submit this Stipulation of Dismissal With Prejudice.

WHEREAS, on February 23, 2017 the Parties reached the principal terms of an individual settlement.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff Rene Marentes's individual claims shall be dismissed with prejudice.

2. Class allegations shall be dismissed without prejudice.

DATED: March 13, 2017         BUCHALTER
                              A Professional Corporation


                              By: /s/ KALLEY R. AMAN
                                  KALLEY R. AMAN
                                  Attorneys for Defendant
                                  KEY ENERGY SERVICES
                                  CALIFORNIA, INC.


DATED: March 13, 2017         JUSTICE LAW CORPORATION


                              By: /s/ DOUGLAS HAN
                                  DOUGLAS HAN
                                  Attorneys for Plaintiff RENE
                                  MARENTES


**ORDER**

The parties have stipulated to dismiss this matter and, in doing so, rely upon Federal Rules of Civil Procedure Rule 41(a). Federal Rules of Civil Procedure 41(a)(1) provides, "the plaintiff

may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this action in light of the stipulation as dictated by Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 13, 2017**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE